MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Cullen Bailey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CULLEN BAILEY,<br><br>                    Defendant. | CASE NO. 5:21-PO-00489<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: March 1, 2022<br>TIME:  9:00 a.m.<br>JUDGE: Magistrate Stanley A. Boone |

**STIPULATION**

COMES NOW, Defendant, Cullen Bailey, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 4, 2022.

2. By this stipulation, defendants now move to continue the status conference to **March 1, 2022 at 9:00 a.m.** before the Magistrate Stanley A. Boone, and to exclude time between the date of this stipulation and March 8, 2022 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant needs additional time to conduct investigation, review all

1

discovery and discuss plea negotiations with the Assistant United States Attorney.

  b. Counsel for defendant believes failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to, and agrees with, the requested continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 3, 2022

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        Cullen Bailey

DATED: January 3, 2022

        /s/ Katherine Schuh
        KATHERINE SCHUH
        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that based upon the stipulation and the reasons that the time period of the date of this order to March 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The matter is continued to March 1, 2022 at 9:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **January 3, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

3