MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Cullen Bailey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-PO-00489 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| CULLEN BAILEY, | DATE: May 10, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Magistrate Stanley A. Boone |

**STIPULATION**

COMES NOW, Defendant, Cullen Bailey, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on March 1, 2022.

2.      By this stipulation, defendants now move to continue the status conference to **May 3, 2022 at 9:00 a.m.** before the Magistrate Stanley A. Boone, and to exclude time between the date of this stipulation and May 10, 2022 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Defense counsel is currently engaged in trial on the matter of People v. Omar Araujo

1

BF162787B until April 15, 2022.

      b.      The government does not object to, and agrees with, the requested continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 23, 2022

                               /s/ Monica L. Bermudez
                               MONICA L. BERMUDEZ
                               Counsel for Defendant
                               Cullen Bailey

DATED: February 23, 2022

                               /s/ Katherine Schuh
                               KATHERINE SCHUH
                               Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED.  The time period of the date of this order to May 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 23, 2022**

UNITED STATES MAGISTRATE JUDGE